

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00737-CV

**IN RE COIL TUBING SOLUTIONS, LLC**
and Jose Daniel Quintanilla

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Delivered and Filed:  December 9, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On November 20, 2015, relators Coil Tubing Solutions, LLC and Jose Daniel Quintanilla filed a petition for writ of mandamus and motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to mandamus relief. Accordingly, the petition for writ of mandamus and motion for temporary relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-14-341, styled *Sylvia Lazo and San Juan Laso v. Coil Tubing Solutions, LLC and Jose Daniel Quintanilla*, pending in the 229th Judicial District Court, Duval County, Texas, the Honorable Ana Lisa Garza presiding.